DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

ALLON NAVARRO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-974

————————————————

April 3, 2024

Appeal from the County Court for Pasco County; Joseph Poblick, Judge.

Howard L. Dimmig, II, Public Defender, and Clark E. Green, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

In this appeal filed pursuant to *Anders v. California*, 386 U.S. 738 (1967), Allon Navarro challenges his judgment and sentence for driving while license suspended or revoked (second or subsequent offense). While we affirm Navarro's judgment and sentence, we remand with directions for the trial court to withdraw its earlier order denying Navarro's pro se motion to withdraw plea and to instead enter an order dismissing the motion. *See Mingo v. State*, 914 So. 2d 1070, 1070 (Fla.

2d DCA 2005) (explaining that where appellant filed his pro se motion to withdraw plea after he filed his notice of appeal, the trial court lacked jurisdiction to consider the motion and should have dismissed rather than denied it).  Our affirmance is without prejudice to Navarro's right to file a motion pursuant to Florida Rule of Criminal Procedure 3.850.

Affirmed; remanded with directions.

SILBERMAN, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.